IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

LIBERTY MUTUAL FIRE INSURANCE
COMPANY, LIBERTY MUTUAL INSURANCE
CORPORATION,
EMPLOYERS INSURANCE COMPANY OF
WAUSAU, WAUSAU BUSINESS INSURANCE
COMPANY, and
WAUSAU UNDERWRITERS INSURANCE
COMPANY,

    Plaintiffs,

v.

LUMBER LIQUIDATORS, INC. and LUMBER
LIQUIDATORS HOLDINGS, INC.,

    Defendants.

Civil Action No.: 4:15cv34-RAJ-LRL

CONTINENTAL CASUALTY COMPANY,

    Intervenor-Plaintiff,

v.

LUMBER LIQUIDATORS, INC. and
LUMBER LIQUIDATORS HOLDINGS, INC.,

    Intervenor-Defendants.

### CONTINENTAL CASUALTY COMPANY'S MOTION TO INTERVENE

Pursuant to Rule 24 of the Federal Rules of Civil Procedure, and for the reasons stated in the Memorandum of Law in Support of Continental Casualty Company's Motion to Intervene, Continental Casualty Company ("Continental"), a corporation organized and existing under the laws of the State of Illinois, with its principal place of business in Chicago, Illinois, moves for an Order permitting it to intervene in the above captioned action as a matter of right under Rule 24(a) or, in the alternative, for permissive intervention pursuant to Rule 24(b), and further

deeming Continental's Proposed Intervening Complaint, attached as **Exhibit A** hereto, to be filed as of the date of such Order.

                    **CONTINENTAL CASUALTY COMPANY**

                    By: /s/ R. Johan Conrod, Jr.
                    R. Johan Conrod, Jr. (VSB No. 46765)
                    KAUFMAN & CANOLES, P. C.
                    150 West Main Street, Suite 2100
                    Norfolk, VA 23510
                    (757) 624-3000
                    (888) 360-9092 Facsimile
                    Email: rjconrod@kaufcan.com

                    Paul Sheldon (*Pro Hac Vice* application pending)
                    Email: paul.sheldon@cna.com
                    ELENIUS FROST & WALSH
                    333 South Wabash Avenue – 25th Floor
                    Chicago, IL 60604
                    (312) 822-4677
                    (312) 817-2486 Facsimile

                    *Counsel for Intervenor-Plaintiff Continental Casualty Company*

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of May 2015, a true copy of the foregoing has been electronically filed with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

**Counsel for Plaintiffs**
Edwin Ford Stephens (VSB No. 25959)
Christian & Barton LLP
909 E. Main Street, Suite 1200
Richmond, VA 23219-3095
(804) 697-4100
(804) 597-6112 Facsimile
Email: estephens@cblaw.com

A. Hugh Scott, Esq., *pro hac vice*
Robert A. Kole, Esq., *pro hac vice*
Samantha A. Krasner, Esq., *pro hac vice*
Choate, Hall & Stewart, LLP
2 International Place
Boston, MA 02110
(617) 248-5000
(617) 248-4000 Facsimile
Email: hscott@choate.com
Email: rkole@choate.com
Email: skrasner@choate.com

**Counsel for Defendants**
Michael H. Brady (VSB No. 78309)
McGuireWoods LLP
One James Center
901 E Cary Street
Richmond, VA 23219-4030
(804) 775-4327
(804) 698-2302 Facsimile
Email: mbrady@mcguirewoods.com

Paul K. Stockman, Esq., *pro hac vice*
McGuire Woods LLP
EQT Plaza
625 Liberty Avenue, 23rd Floor
Pittsburgh, PA 15222-3142
(412) 667-6000
(412) 667-7945 Facsimile
Email: pstockman@mcguirewoods.com

3

By: /s/ R. Johan Conrod, Jr.
R. Johan Conrod, Jr. (VSB No. 46765)
KAUFMAN & CANOLES, P. C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
(757) 624-3000
(888) 360-9092 Facsimile
Email: rjconrod@kaufcan.com
*Counsel for Intervenor-Plaintiff Continental Casualty Company*